## MASON et al. v. CITY OF BILOXI.

No. 328. Decided December 12, 1966.

*Jack Greenberg, James M. Nabrit III* and *R. Jess Brown* for petitioners.

*Albert Sidney Johnston, Jr.,* for respondent.

PER CURIAM.

The petition for a writ of certiorari is granted and the judgment of the Supreme Court of Mississippi is reversed. *Burton* v. *Wilmington Parking Authority,* 365 U. S. 715.

MR. JUSTICE HARLAN is of the opinion that certiorari should be granted and the case set for oral argument.

## FRENCH v. CALIFORNIA.

No. 581. Decided December 12, 1966.

*Morris Lavine* for appellant.

*Roger Arnebergh, Philip E. Grey* and *Edward L. Davenport* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.